# First United Methodist Church in Lebanon

603 W. St. Louis St. — Lebanon, Illinois 62254-1317 — Telephone: 618-537-6622
office@lebanonmethodist.org — www.lebanonmethodist.org



April 13, 2005

**Kathy & Kent King-Nobles**
Pastors

**Richard Boyd**
Minister of Music

**Heidi & Chris Komorech**
Directors of Children & Youth Ministries

Your Honor
% Mr. Karl Bryning,
401 Main St.
Suite 1500
Peoria, IL 61602

Your Honor,

I write this letter on behalf of John Baker who will be appearing in your courtroom. I have known John since 1995 when his dad and I were serving 2 different churches in the same small community, Piper City. John was in high school at the time. Our families got acquainted personally and on many occasions, John and his Dad would join us for a meal or help us out with our animals. I consider them my friends. In 1998, my family moved from Piper City, but we remained in contact with John Baker and his dad. They have been our annual guests since 1995 at my family's Thanksgiving feast, even though they are not officially family.

I was troubled to hear of John's arrest and charges against him. I am saddened for the victims of the crimes that he has committed and I am saddened by the suffering he has caused himself and his family. It is always troubling when someone breaks the law, but when the offender is one that is deep down a person of strong values and compassion, it seems even more troubling.

I believe that John Baker is a good person with an understanding of right and wrong. I believe that he started down this illegal and dangerous road without any intent to cause harm, but got caught up on a slippery slope and committed crimes that he would never have imagined he would do. I care about John and believe strongly that he can make a positive contribution to our world. My hope is that his punishment will not only serve as that, but would also afford him the opportunity to receive the kind of guidance and mentoring that will direct his life in a positive, healthy, and compassionate way.

Thank you for your time.

Sincerely,

*Rev. Kathy King Nobles*

Rev. Kathy King-Nobles

JAN 0 6 2005

# TO WHOM IT MAY CONCERN

January 5, 2005

This statement is for a character reference for John Baker.

I have known John for about two years now. I had worked with him and socialized somewhat with him also. He in general, is a very intelligent young man with sincerity in his heart.

This is not a letter telling you that he is wonderful and that he would not hurt anyone, ever. No one would listen to that. John is a good person and somehow got steered the wrong way in his attempt in growing up. Raised by his minister father and no mother have done something to John.

I feel that John needs help and needs more guidance than being in prison. Now don't get me wrong, if a person does something that prison is warranted then so is it, but I feel that this is not the case for John. John has been kind of sheltered in a since and has slipped out of reality.

The way I understand it, John trying to get himself together and has gotten some kind of helps for this problem. Catching this now, was the best thing for him. He could of done something that would of not of been forgivable. As a friend of Johns, I am NOT condoning what John has done. Like I said, I am a friend of Johns and friend stand by each other no matter what.

This letter is to urge anyone that is listening to this to letter to help John and guide him with whatever he needs to do with his life. I again plea that John does not need to go to prison, he needs help. John is not a criminal in criminals since. All these things I say, one has probably heard before somewhere else in time. John Baker is a good person and deserves to get the help that is disparately needed.

Thank you for listening
Rebecca Forrester

Dec. 17, 2004

Judge,

I've never needed to write to a judge before & I don't know what is expected of me. I hope this is what you need.

My name is Ona Lambart & I am John Baber's aunt. John has always been very special to me. I've not been able to see him as much as I wanted but we have talked a lot on the phone & on the internet. I think I know him pretty well. He has always been a nice, sweet, gentle boy. As he grew up he stayed the same. I do not understand why he (or anyone) can watch that kind of garbage but I will never believe John meant to hurt anyone. When he gets out his Father & the rest of his family will see that he has better things to do.

I know you have to do what you think is best for John. I just want you to know we love John & will do anything to help him.

God be with you,
Ona Lambart



**McLEAN COUNTY UNIT DISTRICT NO. 5**
**2000 EAGLE ROAD**
NORMAL, IL 61761

OFFICE OF THE TRANSPORTATION DIRECTOR                               PH: 309-452-0428
                                                                    FAX: 309-862-5042

December 14, 2004

To The Honorable Presiding Judge
In the case of People v. John Baker

I have known John Baker for the past three years. I worked with John as a co-worker, and also as his boss. John, during that period of time, was a dedicated driver who did a good job as a bus driver. He got along with the students that he transported. John also got along with his fellow employees and was involved with office sponsored events.

John's overall work pattern was very good. When asked to assume any additional duties, John always stepped up to the plate and accepted the additional responsibility.

John, at times, seemed to be a little on the naive side and I believe he could have been taken advantage of very easily or misguided in some of his actions.

I would like to state that if the circumstances were different, John would be welcomed back to drive a school bus.

Yours truly,

*Bert Popejoy*

Bert Popejoy
Interim Transportation Director

BP/db

"Working Together for Quality Public Education"

To the Honorable Judge hearing the case of John Baker,

I would like to tell you a little about John Baker. John worked for me, with me in my lawn care service, and John is very reliable, always early and always did a great job at everything I asked him to do. I had a choice of who I wanted to work for me between John and another guy and I chose John. He never complained about the work and was always eager to work. He worked for me in the summer of 2003 through the fall and then spring of 2004 into the summer until July and will work for me again if he wants to. John was always courteous and very thoughtful of all of my customers.

John was always welcome in my home and will always be welcome, he was very nice and curious to my wife and kids, He loves animals, he would always pet any dog that was around where we were, my neighbor behind me had a chow that was not a nice dog, I had to tell john that he should not pet her cause she might bite him cause I knew John would try to pet her.

I also worked with John at McLean county Unit 5 school district driving school bus, John was the first driver that the management sent me with when I started working there, when the kids got out of school and started getting on the bus every one of them would stop and say hi to John or start to carry on a conversation with him.

John was going to Mexico with the youth from his church and asked if I would donate some money for his trip so I did, when John got back he told me all about the trip and everything they did, he had a great time helping out with the project they were working on and working with the kids.

I believe John has good character but made a very bad choice and I believe that he will learn from his mistake. I have been praying for John that Jesus Christ would get a hold of his heart and John would get closer to God.

John loves kids and from spending all the time with John that I did I saw a good-hearted guy that would help anyone in anyway he could and would not hurt any child in any way. Like I said John is welcome in my home with my wife and kids.

*Todd M Murphy*

*Todd M Murphy*
18820 Glenview Dr
Bloomington IL 61704
309-662-2344

JAN 0 6 2005

December 29, 2004

To Whom It May Concern:

    I am writing this letter on the behalf of John Baker. I was saddened to hear, and in disbelief, about the charges against John.

    I have known John well for the past two years. He has been a close and understanding friend who was always there for me in a time of need. I have always felt that John is caring and honest.

    John and I spent many times together when we discussed issues in our lives and the things that were going on daily. John always had such a love and consideration for children and his fellow human being. He showed a true devotion to working with his church and spending time with his friends. It is very hard for me to picture John in any other way than a truly loving and caring individual.

    I would certainly believe that John is someone that is eager to learn from his mistakes and do whatever it takes to be a better person. I would hope that in your final decision for John you can make a choice for him that puts him on the bright path he is meant to be on.


Sincerely,

*Bonnie Jardine*

Bonnie Jardine

JAN 0 3 2005

Sunday 12-12-04
Normal, IL

Dear Sirs –

I wish to express my knowledge of working with John Baker the last 3 or 4 yrs – John has been in my home and on several occasion – he did some odd jobs for me as I'm a single women and need help yard, etc – from time to time –

John has always impressed me to be a very fine young man working with young people in his church and John also did some free

, Mr.

coaching for childrens Jr High School. I'm not sure but I think baseball or soccer.

I'm praying you will see that John and his father are fine Christian people and will allow him to go home with his father on probation

Respectfully,
Virginia Albee
501 Marian
Normal, IL 61764

309 452-2369

1809 Anniston Ave.
Shreveport, LA. 71105
December 15, 2004

Dear Judge,

I am writing on behalf of my nephew, John Baker.

My husband and I have always had a special relationship with John. We love him dearly and have never found reason to doubt his character, in any way.

John is kind, gentle and attentive to all. I have never known him to be disrespectful to anyone, young or old. He is honest — you can believe whatever he says. Most important, he is a faithful follower and servant of our Lord, Jesus Christ. I assure you that John does not have it in him to hurt anyone, certainly not a child.

John has acknowledged that he needs and seeks help, and I pray that you will make that available, even mandatory.

RECEIVED
DEC 2 0 2004
BY:

Before sentencing, please visit with him a few minutes, so that you can know just who John is and how capable he is of doing good. He has tried to do that his whole life.

I ask you for leniency and for direction, so that this wonderful young man will have the opportunity to be all that he can be.

With respect,
Yvonne Dewell

JAN 0 3 2005

**621 Troxell Blvd.**
**Rhome, TX 76078-4403**
**817/636-2558**
**sidsansan@earthlink.net**

December 29, 2004

Karl Bryning
401 Main St.
Suite 1500
Peoria, Il 61602

Dear Mr. Bryning;

I am writing this letter on behalf of your client John Baker. I am John's uncle and brother to John's father. With Ora and John living so much of the time in Oklahoma and Illinois, and me living in mostly South Texas, I missed out on so much of John's young life. But it is my purpose to relay to you and to the Judge of John's case my reflections of John.

I'm sure you already know that his father, Ora Baker, raised John. It has always been just the two of them. When we saw Ora, we saw John. At these meetings, John was always a good son. He was always respectful, courteous, and caring. He showed a caring attitude about all family members, especially his father.

I never knew of any trouble that John got into during his years. The current charge of child pornography has surprised me and seems completely out of character for John.

Thank you for representing John and for your attention to this letter. If I can be of any further assistance, please feel free to contact me.

Sincerely,

*Sidney E. Baker*

Sidney E. Baker