04-10053
E-FILED
Wednesday, 20 April, 2005  04:03:53 PM
Clerk, U.S. District Court, ILCD

FILED
APR 20 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# First United Methodist Church in Lebanon

603 W. St. Louis St. — Lebanon, Illinois 62254-1317 — Telephone: 618-537-6622
office@lebanonmethodist.org — www.lebanonmethodist.org

**Kathy & Kent King-Nobles**
Pastors

**Richard Boyd**
Minister of Music

**Heidi & Chris Komorech**
Directors of Children & Youth Ministries

Your Honor

I understand that Mr. John Baker will soon be coming before you for sentencing. Please allow me to share some information that may be of help to you in fulfilling your duties.

I have known John Baker since 1995. At that time, his father was serving as a Presbyterian pastor in the small town where my wife worked. We watched John grow up through his last years of high school. We had many chances to observe him interacting with people in town. Since 1995, John and his father have been guests at my home for Thanksgiving almost every year. I have watched John interact with my three young children over those years.

John has shared with us the nature of his crime. I believe that John now understands the severity of his actions. I believe he is remorseful, and has a desire to learn from his mistakes and overcome them. I have always known John to be a gentle and compassionate person. He has been thoughtful and concerned about the well being of others.

I am trained as a counselor and have a doctorate in Pastoral Counseling and Psychotherapy. Naturally, I have asked myself how John has come to get involved in child pornography. It seems clear to me that John has some identity and development issues that need to be worked out in counseling. My experience of John suggests that he is a good candidate for this work. He is willing. He has proven to be capable of learning and gaining insight into himself. My personal and professional opinion is that John is unlikely to commit criminal acts in the future.

In my work here, I am experiencing growing numbers of persons who are falling into the dark side of the Internet. My theory is that John was lulled into thinking that his actions did not victimize children. I have dealt with other persons who mistakenly felt that the distance and anonymity of the Internet made their actions harmless. I fear that we in society, and in the Christian Church community more specifically, have not done enough to help people being appropriate ethical frameworks to so much of this new technology that is rapidly changing our society.

What I am trying to say is that John is a good person. He is one who can and should be redeemed. He should learn from his mistakes and put his life into making up for them. He can be a productive and positive force in our society, as he has been in the past. My hope and my prayer is that you can find a just way to be lenient in your sentencing. I look forward to the Thanksgiving when John can again eat at my table and celebrate with my family.

Sincerely,

S/Kent King-Nobles
Rev. Dr. Kent King-Nobles

# Second Presbyterian Church

"Sharing the Heart of Christ in the Heart of the Community"

*FILED APR 20 2005 — JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS*

To Whom It May Concern:

We were asked to write a letter to serve as a character reference for John Baker as he faces sentencing for his recent federal conviction. We have no hesitation in writing this letter. John worked closely with us as a volunteer at Second Presbyterian Church in Bloomington Illinois.

We have known John Baker since the summer of 2003. John had served as a volunteer leader for the Jr. High youth program at Second Presbyterian Church. We felt we knew John rather well as we spent time together on out of town trips, volunteer training meetings, youth meetings, etc. As to John's character we can say that he is a kind, compassionate and loyal young man. We have spoken with a number of our youth who have stated they enjoyed John's company and were never exposed to John's inappropriate life style choices. However, I am well aware that John went to great lengths to hide his serious addiction. Since his arrest he has been open with us and apologetic. Knowing his actions were wrong and an act against his God, society, and people who trusted him. We know that his illegal acts were not acted upon with the youth and children he served in this church as he served faithfully in programs and even participated in local and international mission work projects.

We feel strongly that John can and will be a strong asset to our society, however, this will not happen without John benefiting from proper treatment. We do realize John must pay for his crime but it is our hope that he will also be given ample opportunity to receive proper treatment.

As a church we have taken the necessary means to deal with the situation and this has been difficult as we enjoyed John's involvement. However, we believe strongly that the federal prison system will not rehabilitate John. Only long term counseling and his faith will set him back on a path to be a productive individual and use the gifts that God has given him. Gifts that he used here at our church faithfully.

It is our hope that you will strongly consider John's character when deciding on the extent of his sentencing. We do believe John has strong character but desperately needs proper treatment and guidance. We will make every effort to be present at John's April 22nd sentencing date.

Sincerely,

s/Cary Hendricks
Cary Hendricks

s/Rev. Dr. Ted Pierce  3-9-05
Rev. Dr. Ted Pierce

313 N. East Street, Bloomington, IL 61701  •  phone (309) 828-6297  •  fax (309) 828-7038
www.secondpres.info