# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| Plaintiff,     ) | |
| vs.     ) | Case No. 04-CR-10053 |
| JOHN B. BAKER,     ) | |
| Defendant.     ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, the United States of America, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the sentence imposed on April 20, 2005, and the judgment and order of the District Court entered on April 25, 2005, sentencing the Defendant to 87 months of imprisonment on Count 2 of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

/s Thomas A. Keith
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2005, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, and that counsel for the defendant will receive a copy of the Notice of Appeal by electronic mail.

/s Margo Scamp
Legal Assistant