# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

**E-FILED**
Monday, 23 May, 2005  10:47:29 AM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                     Docket No.: 04-10053

Division: Peoria

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

John Baker                          v.        USA

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Andy McGowan/Karl Bryning, FPD          Name: Tom Keith, AUSA

Firm: 401 Main St., Ste 1500                  Firm: Ste 400, 211 Fulton St.

Address: Peoria, IL. 61602                    Address: Peoria, IL. 61602

Phone: 309-671-7898                           Phone: 309-671-7050

---

Judge: Joe Billy McDade                       Nature of Suit Code:

Court Reporter: N. Mersot                     Date Filed in District Court:  8/19/04

                                              Date of Judgment: 4/20 & 4/25/05

                                              Date of Notice of Appeal: 5/20/05

Counsel:   ___Appointed       __X  Retained  ___Pro Se

Fee Status:    ___Paid      ___Due      ___IFP      ___IFP Pending      X___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      X___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide US Mar #:  13343-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**