E-FILED
Friday, 27 May, 2005 10:58:04 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

TELEPHONE  
(312) 435-5850

FILED  
MAY 27 2005  
JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-2499                    Docketed on: 5/23/05
Short Caption:         USA v. Baker, John B.
District Court Judge:  Joe Billy McDade
District Court No.:    04 CR 10053

If you have any questions regarding this appeal, please call this office.

(1003-012490)