E-FILED
Monday, 08 August, 2005  09:28:54 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-10053 |
| JOHN BAKER, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW RECORD ON APPEAL**

Now comes the Defendant JOHN BAKER, by his attorney KARL W. BRYNING and moves this Court for entry of an Order allowing withdrawal of the sentencing transcript for use in responding to the government's appeal:

1. On April 20, 2005 Mr. Baker was committed to the Bureau of Prisons for a period of 87 months and to Supervised Release for life along with other conditions.

2. On April 25, 2005 Judgment was entered.

3. On May 3, 2005 official court reporter's transcript of the sentencing hearing held on April 20, 2005 was docketed.

4. On May 20, 2005 the Government filed notice of appeal.

WHEREFORE, Defendant requests the entry of an Order allowing withdrawal of the sentencing transcript for use in responding to the appeal filed by the government:

JOHN BAKER, Defendant

s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender

1

401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898

CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Thomas Keith, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

                                        s/ Karl W. Bryning
                                        Attorney for Defendant
                                        Assistant Federal Public Defender
                                        401 Main Street, Suite 1500
                                        Peoria, Illinois 61602
                                        Phone: 309/671-7891
                                        FAX: 309/671-7898