E-FILED
Thursday, 11 August, 2005 07:52:50 PM
Clerk, U.S. District Court, ILCD




# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
305 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

August 9, 2005

| | | |
|---|---|---|
| USA<br>　　Plaintiff | ) ) ) ) | |
| vs | ) ) | Case # 04-10053-001 |
| John Baker<br>　　Defendant | ) ) ) ) | |

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, [18] Official Court Reporter's Transcript of Sentencing Hearing held on 4/20/05 as to defendant John Baker.

Date: 11 Aug 05

_s/ Craig for Karl Bryning_
Attorney For
Karl W. Bryning, Assistant Federal Public Defender