# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ORAL ARGUMENT

**FILED**

**NOV 1 6 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: November 10, 2005

By the court:

No. 05-2499

UNITED STATES OF AMERICA,
        Plaintiff - Appellant

v.

JOHN B. BAKER,
        Defendant - Appellee


Appeal from the United States District Court for the
Central District of Illinois
No. 04 CR 10053, Joe Billy McDade, Judge

    **IT IS ORDERED** that this case be orally argued on Tuesday, January 24, 2006, in the Courtroom of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn, Room 2721, Chicago, Illinois at 9:30 a.m.

    Oral argument will be no more than 10 minutes for each side. Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

    **IT IS FURTHER ORDERED** that counsel notify the Calendar Clerk (312-435-5850) who will present oral argument by completing and returning the enclosed post card to the court. Notice must be received in the clerk's office no later than 5 business days prior to the scheduled argument date.

    Copies of this notice have been sent to counsel of record.

NOTE: Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other counsel or parties. Postponements will be granted only in extraordinary circumstances. See Circuit Rule 34(e).

Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral argument in the Court of Appeals.

(1006-102301)

| | | |
|---|---|---|
| Sylvester Kuziora/CA07/07/USCOURTS | To | Holly Kallister/ILCD/07/USCOURTS@USCOURTS |
| | cc | |
| 11/16/2005 03:54 PM | bcc | |
| | Subject | Records Request |


05-2499.pdf

Sylvester Kuziora
Records Clerk
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

PHONE:    (312) 435-6876

FAX:    (312) 408-7888

Message:

The following appeals are now ready for oral argument (or submission without oral argument). Pursuant to Circuit Rule 11(a), we ask that you promptly forward the record to the Clerk's Office of this court. Please note the attached file(s).

Thank You,

Sylvester Kuziora
Records Clerk