

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

November 17, 2005

**FILED**

**05-2499**

NOV 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. John Baker
D. C. Docket No. 04-10053
U. S. C. A. Docket No. 05-2499

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

1- Impounded Exhibits:(#16,#17,#14)  lse

**ON AIMS**

NOV 1 8 2005

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

DW

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ H. Kallister
Deputy Clerk

U.S.C.A. — 7th Circuit
**RECEIVED**
NOV 1 8 2005  JC
GINO J. AGNELLO
CLERK