

E-FILED
Tuesday, 30 May, 2006 10:11:49 AM
Clerk, U.S. District Court, ILCD

**FILED**

MAY 2 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: John Baker

Case Number: 04-10053

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-Sentence Report (document number 16 ✓), Sentencing Recommendation (document number 17 ✓) and Statement of Reason(s) Page (document number 14 ✓) were returned to the U.S. Probation Office on 5/24/6.

Received by:

s/Douglas Heuerman
U.S. Probation Office
Date: 5/26/06